**ARNOLD & PORTER KAYE SCHOLER LLP**
JAMES F. SPEYER (Bar No. 133114)
E. ALEX BEROUKHIM (Bar No. 220722)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

*Attorneys for Defendant*
PACIFIC MARKET
INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE BROWN, individually and on behalf of all others similarly situated; MEILING ROBINSON, individually and on behalf of all others similarly situated; SHEA RITCHIE, individually and on behalf of all others similarly situated; and NORA McCARL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation, and DOES 1 through 100,<br><br>*Defendants.* | Case No. 2:24-cv-01765<br><br>**DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant Pacific Market International, LLC ("PMI"), hereby certifies that PMI is a limited liability company organized under the laws of the State of Washington with its principal place of business in Seattle, Washington. The sole member of PMI is The HAVI Group, LP, a Delaware limited partnership with its principal place of business in Illinois.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for PMI, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**INTERESTED PARTIES**

- Pacific Market International, LLC—Defendant;
- The HAVI Group, LP—Sole member of Defendant;
- Mackenzie Brown—Plaintiff;
- Meiling Robinson—Plaintiff;
- Shea Ritchie—Plaintiff;
- Nora McCarl—Plaintiff;
- John Mayfield Rushing—Counsel for Plaintiffs;
- Ryan McCarl—Counsel for Plaintiffs;
- Davit Avagyan—Counsel for Plaintiffs;
- Elisabeth Nations—Counsel for Plaintiffs; and
- Rushing McCarl LLP—Counsel for Plaintiffs.

Should there be any change in the information provided, PMI will update and revise this statement accordingly.

DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S NOTICE OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | Dated: March 4, 2024 | ARNOLD & PORTER KAYE SCHOLER LLP |

By: */s/ James F. Speyer*
James F. Speyer
E. Alex Beroukhim

Attorneys for Defendant Pacific Market International, LLC

# PROOF OF SERVICE

1. I am over eighteen years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California 90017-5844.

2. On **March 4, 2024**, I served the following document(s):

   **DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S NOTICE OF INTERESTED PARTIES**

3. I served the document(s) on the following person(s):

   | | |
   |---|---|
   | **John Mayfield Rushing**<br>**Ryan McCarl**<br>**Davit Avagyan**<br>**Elisabeth Nations**<br>**RUSHING MCCARL LLP**<br>**2219 Main St. No. 144**<br>**Santa Monica, CA 90405**<br>**Tel: (310) 896-5082**<br>info@rushingmccarl.com | *Attorneys for Plaintiffs* |

4. The documents were served by the following means:

   ☒ **By U.S. Mail**. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) in Item 3 and **(check one)**:

   ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   ☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

   ☐ **By Overnight Delivery/Express Mail**. I enclosed the documents and an unsigned copy of this declaration in a sealed envelope or package designated by **[name of delivery company or U.S. Postal Service for Express Mail]** addressed to the persons at the address(es) listed in Item 3, with **[Express Mail postage or, if not Express Mail, delivery fees]** prepaid or provided for. I placed the sealed envelope or package for collection and delivery, following our ordinary business practices. I am readily familiar with

this business' practice for collecting and processing correspondence for express delivery. On the same day the correspondence is collected for delivery, it is placed for collection in the ordinary course of business in a box regularly maintained by
**[name of delivery company or U.S. Postal Service for Express Mail]** or delivered to a courier or driver authorized by **[name of delivery company]** to receive documents.

☐ **By Messenger Service**. I served the documents by placing them in an envelope or package addressed to the persons at the address(es) listed in Item 3 and providing them to a professional messenger service for service. (*See* attached Declaration(s) of Messenger.)

☒ **By Electronic Service (E-mail)**. Based on California Rule of Court 2.251(c)(3), or on a court order, or on an agreement of the parties to accept service by electronic transmission, I transmitted the document(s) to the person(s) at the electronic notification address(es) listed in Item 3 on **March 4, 2024**.

☐ **Via Court Notice of Electronic Filing**. The document(s) will be served by the court via NEF and hyperlink to the document(s). On **March 4, 2024**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed in Item 3 are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

☐ **Via Electronic Notification**. The document(s) will be served via electronic notification on **March 4, 2024** on the person(s) listed in Item 3 at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

☐ **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: **March 4, 2024**.   Signature: *Kathryn Jensen*
                                                     Type or Print Name: Kathryn Jensen
                                                     E-Service Address:
                                                     kathryn.jensen@arnoldporter.com