ARNOLD & PORTER KAYE SCHOLER LLP
JAMES F. SPEYER (Bar No. 133114)
E. ALEX BEROUKHIM (Bar No. 220722)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

Attorneys for Defendant
PACIFIC MARKET INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE BROWN, individually and on behalf of all others similarly situated; MEILING ROBINSON, individually and on behalf of all others similarly situated; SHEA RITCHIE, individually and on behalf of all others similarly situated; and NORA McCARL, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs,*<br>  v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation, and DOES 1 through 100,<br><br>      *Defendants.* | Case No. 2:24-cv-01765<br><br>**DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4** |

Pursuant to Local Rule 83-1.4 of the United States District Court for the Central District of California, Defendant Pacific Market International, LLC ("PMI"), by and through its undersigned attorneys, states that the following four cases involve all or a material part of the subject matter of this action brought by Mackenzie Brown, Meiling Robinson, Shea Ritchie, and Nora McCarl ("*Brown*"):

1. *Mariana Franzetti v. Pacific Market International, LLC, d/b/a PMI Worldwide*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00191-TL, filed on February 12, 2024;

2. *Robin Krohn v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00200-TL, filed on February 14, 2024;

3. *Laura Barbu v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00258-LK, filed on February 24, 2024; and

4. *Genesis Moses and Pamela Hunt v. Pacific Market International, LLC*, United States District Court for the Western District of North Carolina, Case No. 3:24-cv-00247-RJC-DCK, filed on February 29, 2024.

*Brown*, *Franzetti*, *Krohn*, *Barbu*, and *Moses* are each putative consumer class actions alleging that PMI failed to disclose that its Stanley cups contain lead.

PMI is the only defendant in each case. The complaints in *Franzetti*, *Krohn*, *Barbu*, and *Moses* purport to represent the same national class of purchasers of PMI's Stanley cups, which includes the same California class of purchasers that Plaintiffs here seek to represent in *Brown*. The *Barbu* plaintiff also purports to represent a separate state subclass of all such purchasers residing in New York, and the *Moses* plaintiffs also purport to represent a separate state subclass of all such purchasers residing in North Carolina.

The names of the parties, and the names, addresses, and telephone numbers of their attorneys in these actions, are as follows:

***Mariana Franzetti v. Pacific Market International, LLC, d/b/a PMI Worldwide*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00191-TL**

| | |
|---|---|
| TOUSLEY BRAIN STEPHENS PLLC<br>Jason T. Dennett<br>jdennett@tousley.com<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Telephone:  206.621.1158<br>Facsimile:   206.682.2992 | Attorneys for Plaintiff |
| DOYLE APC<br>William J. Doyle<br>Chris W. Cantrell<br>bill@doyleapc.com<br>chris@doyleapc.com<br>550 West B St, 4th Floor<br>San Diego, CA 92101<br>Telephone:  619.736.0000 | |
| WHATLEY KALLAS, LLP<br>Alan M. Mansfield<br>amansfield@whatleykallas.com<br>16870 W. Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>Telephone:  619.308.5034 | |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>James F. Speyer (SBN 133114)<br>james.speyer@arnoldporter.com<br>E. Alex Beroukhim (SBN 220722)<br>alex.beroukhim@arnoldporter.com<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California  90017-5844<br>Telephone:  213.243.4000 | Attorneys for Defendant<br>PACIFIC MARKET INTERNATIONAL, LLC |

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4

***Robin Krohn v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00200-TL***

| | |
|---|---|
| BRESKIN JOHNSON TOWNSEND PLLC<br>Brendan W. Donckers<br>bdonckers@bjtlegal.com<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Telephone:  206.652.8660<br>Facsimile: 206.652.8290 | Attorneys for Plaintiff |
| GUSTAFSON GLUEK PLLC<br>Daniel E. Gustafson<br>dgustafson@gustfsongluek.com<br>David A. Goodwin<br>dgoodwin@gustafsongluek.com<br>Mary M. Nikolai<br>mnikolai@gustafsongluek.com<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: 612.333.8844 | |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>James F. Speyer (SBN 133114)<br>james.speyer@arnoldporter.com<br>E. Alex Beroukhim (SBN 220722)<br>alex.beroukhim@arnoldporter.com<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California  90017-5844<br>Telephone:  213.243.4000 | Attorneys for Defendant<br>PACIFIC MARKET INTERNATIONAL, LLC |

***Laura Barbu v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00258-LK***

| | |
|---|---|
| GEORGE FELDMAN MCDONALD PLLC<br>Lori G. Feldman<br>lfeldman@4-justice.com<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520<br>Telephone:  917.983.9320<br>Facsimile: 888.421.4173<br>David J. George<br>dgeorge@4-justice.com<br>9397 Lake Worth Road, Suite 302<br>Lake Worth, FL 33467<br>Telephone: 561.232.6002<br>Facsimile: 888.421.4173 | Attorneys for Plaintiff |

|   |   |   |
|---|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP | Attorneys for Defendant PACIFIC MARKET INTERNATIONAL, LLC |
| 2 | James F. Speyer (SBN 133114) james.speyer@arnoldporter.com | |
| 3 | E. Alex Beroukhim (SBN 220722) alex.beroukhim@arnoldporter.com | |
| 4 | 777 South Figueroa Street, Forty-Fourth Floor | |
| 5 | Los Angeles, California  90017-5844 Telephone:  213.243.4000 | |

***Genesis Moses and Pamela Hunt v. Pacific Market International, LLC,* United States District Court for the Western District of North Carolina, Case No. 3:24-cv-00247-RJC-DCK**

|   |   |   |
|---|---|---|
| | POULIN | WILLEY | ANASTOPOULO, LLC | Attorneys for Plaintiff |
| | Paul J. Doolittle paul.doolittle@poulinwilley.com | |
| | Blake G. Abbott blake.abbott@poulinwilley.com | |
| | 32 Ann St. Charleston, SC 29403 Telephone: 803.222.2222 | |
| | ARNOLD & PORTER KAYE SCHOLER LLP | Attorneys for Defendant PACIFIC MARKET INTERNATIONAL, LLC |
| | James F. Speyer (SBN 133114) james.speyer@arnoldporter.com | |
| | E. Alex Beroukhim (SBN 220722) alex.beroukhim@arnoldporter.com | |
| | 777 South Figueroa Street, Forty-Fourth Floor | |
| | Los Angeles, California  90017-5844 Telephone:  213.243.4000 | |

Dated:  March 4, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ James F. Speyer*
    James F. Speyer
    E. Alex Beroukhim

    Attorneys for Defendant Pacific Market International, LLC

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4

# PROOF OF SERVICE

1. I am over eighteen years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California 90017-5844.

2. On **March 4, 2024**, I served the following document(s):

   **DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4**

3. I served the document(s) on the following person(s):

   **John Mayfield Rushing**             *Attorneys for Plaintiffs*
   **Ryan McCarl**
   **Davit Avagyan**
   **Elisabeth Nations**
   **RUSHING MCCARL LLP**
   **2219 Main St. No. 144**
   **Santa Monica, CA 90405**
   **Tel: (310) 896-5082**
   **info@rushingmccarl.com**

4. The documents were served by the following means:

   ☒ **By U.S. Mail**. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) in Item 3 and **(check one)**:

   ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   ☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

   ☐ **By Overnight Delivery/Express Mail**. I enclosed the documents and an unsigned copy of this declaration in a sealed envelope or package designated by **[name of delivery company or U.S. Postal Service for Express Mail]** addressed to the persons at the address(es) listed in Item 3, with **[Express Mail postage or, if not Express Mail, delivery fees]** prepaid or provided for. I placed the sealed envelope or package for collection and

- 5 -

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 83-1.4

delivery, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for express delivery.  On the same day the correspondence is collected for delivery, it is placed for collection in the ordinary course of business in a box regularly maintained by
**[name of delivery company or U.S. Postal Service for Express Mail]** or delivered to a courier or driver authorized by **[name of delivery company]** to receive documents.

☐ **By Messenger Service**.  I served the documents by placing them in an envelope or package addressed to the persons at the address(es) listed in Item 3 and providing them to a professional messenger service for service.  (*See* attached Declaration(s) of Messenger.)

☒ **By Electronic Service (E-mail)**.  Based on California Rule of Court 2.251(c)(3), or on a court order, or on an agreement of the parties to accept service by electronic transmission, I transmitted the document(s) to the person(s) at the electronic notification address(es) listed in Item 3 on **March 4, 2024**.

☐ **Via Court Notice of Electronic Filing**.  The document(s) will be served by the court via NEF and hyperlink to the document(s).  On **March 4, 2024**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed in Item 3 are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

☐ **Via Electronic Notification**.  The document(s) will be served via electronic notification on **March 4, 2024** on the person(s) listed in Item 3 at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

☐ **STATE**:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL**:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: **March 4, 2024**.          Signature: *Kathryn Jensen*
                                    Type or Print Name: Kathryn Jensen
                                    E-Service Address:
                                    kathryn.jensen@arnoldporter.com