| | |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | James F. Speyer (Bar No. 133114)<br>E. Alex Beroukhim (Bar No. 220722) |
| 3 | james.speyer@arnoldporter.com<br>alex.beroukhim@arnoldporter.com |
| 4 | 777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 |
| 5 | Telephone: 213.243.4000<br>Facsimile: 213.243.4199 |
| 6 | *Attorneys for Defendant* |
| 7 | *Pacific Market International, LLC* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACKENZIE BROWN, individually and on behalf of all others similarly situated; MEILING ROBINSON, individually and on behalf of all others similarly situated; SHEA RITCHIE, individually and on behalf of all others similarly situated; and NORA McCARL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:24-cv-01765-ODW-AJR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  February 2, 2024<br>Removal date:  March 4, 2024<br>Current response date:  March 11, 2024<br>New response date:  April 10, 2024 |

Plaintiffs Mackenzie Brown, Meiling Robinson, Shea Ritchie, and Nora McCarl (collectively, "Plaintiffs") and Defendant Pacific Market International, LLC ("PMI") make this stipulation with reference to the following facts:

A. Plaintiffs filed their Complaint in this matter on February 1, 2024.

B. Plaintiffs served the summons and Complaint on PMI on February 2, 2024.

C. PMI removed this action to this Court on March 4, 2024.

D. The responsive pleading deadline for Defendant is currently March 11, 2024. *See* Fed. R. Civ. P. 81(c)(2)(C).

E. Plaintiffs intend to file an amended complaint.

F. Given Plaintiffs' intent to amend the Complaint, the parties have agreed, subject to the Court's approval, to hold PMI's response to the initial Complaint in abeyance pending the filing of an amended pleading in this action. The parties have further agreed that, in light of the scope of the forthcoming amendment, the deadline for PMI to respond to that amended pleading be extended so that it is due 60 days after service of the amended pleading.

G. No previous extensions have been requested or granted for PMI to respond to the Complaint.

H. This extension of time does not impact any dates previously set by the Court.

I. PMI enters into this stipulation without waiver of any of its defenses under Federal Rule of Civil Procedure 12(b) or otherwise.

NOW, THEREFORE, the parties by and through their respective counsel, hereby stipulate and agree, subject to approval by the Court, that the deadline for PMI to answer or otherwise respond to the Complaint be held in abeyance until Plaintiffs file an amended pleading and that the deadline for PMI to respond to that amended pleading shall be 60 days after service of the amended pleading.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  March 8, 2024 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | By: */s/ James F. Speyer* |

Dated:  March 8, 2024         ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ James F. Speyer*
James F. Speyer
E. Alex Beroukhim
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant
Pacific Market International, LLC*

Dated:  March 8, 2024         RUSHING MCCARL LLP

By: */s/ John Mayfield Rushing*
John Mayfield Rushing (SBN # 331273)
Ryan McCarl (SBN # 302206)
Davit Avagyan (SBN # 336350)
2219 Main St. No. 144
Santa Monica, CA 90405
Telephone: 310-896-5082
Email: info@rushingmccarl.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

By: */s/ James F. Speyer*
James F. Speyer