ARNOLD & PORTER KAYE SCHOLER LLP
James F. Speyer (Bar No. 133114)
E. Alex Beroukhim (Bar No. 220722)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant*
*Pacific Market International, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE BROWN, individually and on behalf of all others similarly situated; MEILING ROBINSON, individually and on behalf of all others similarly situated; and SHEA RITCHIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, a corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:24-cv-01765-ODW-AJR<br><br>**STIPULATION TO TRANSFER VENUE**<br><br>Place:  Courtroom 5D, 5th Floor<br>Judge:  Hon. Otis D. Wright II |

Plaintiffs Mackenzie Brown, Meiling Robinson, and Shea Ritchie (collectively, "Plaintiffs") and Defendant Pacific Market International, LLC ("PMI") make this stipulation with reference to the following facts:

A. Plaintiffs filed the proposed class action complaint in this matter on February 1, 2024 and served it the next day. PMI removed the action on March 4, 2024.

B. By Order dated March 11, 2024, this Court ordered that the due date for PMI to respond to the complaint be held in abeyance until Plaintiffs file an amended pleading and ordered that PMI respond to Plaintiffs' forthcoming amended pleading within 60 days after service of the amended pleading. *See* ECF No. 10.

C. On March 19, 2024, Plaintiffs filed a First Amended Complaint. *See* ECF No. 11. Pursuant to the Court's March 11, 2024 Order, PMI's response to the First Amended Complaint is due on May 20, 2024.

D. This case is a putative class action alleging that Stanley-brand cups are fraudulently marketed because they contain undisclosed lead. It is brought by three California plaintiffs on behalf of an alleged California class of purchasers. Three other putative class actions concerning PMI's alleged failure to disclose that Stanley-brand cups contain lead are also pending in the Western District of Washington, where PMI is headquartered, *see* ECF No. 4 at 1:

1. *Franzetti v. Pacific Market International, LLC, et al.*, No. 2:24-cv-00191-TL, filed by a Nevada-resident plaintiff;
2. *Krohn v. Pacific Market International, LLC*, No. 2:24-cv-00200-TL, filed by an El Cajon, California-resident plaintiff; and
3. *Barbu v. Pacific Market International, LLC*, No. 2:24-cv-00258-TL, filed by a New York-resident plaintiff.

E. The *Franzetti*, *Krohn*, and *Barbu* actions are all already pending before the same judge, the Honorable Tana Lin, in the Western District of Washington.

F.   Given the overlapping facts, claims, and parties, significant judicial resources would be conserved by managing these cases in one court.  Proceeding with these cases in the same forum would also eliminate the risk of conflicting rulings on overlapping issues of law and fact and lessen the burdens of litigation on the parties.

G.   Because PMI is a citizen of Washington and not a citizen of California, *see* ECF No. 3 at 1, and the *Franzetti*, *Krohn*, and *Barbu* plaintiffs all reside and allege injury outside of this District, the Western District of Washington is the only forum between Washington and California where all of these cases "'might have been brought' under § 1404(a)" and could be transferred for coordination before a single judge.  *See In re Bozic*, 888 F.3d 1048, 1054 (9th Cir. 2018) (quoting 28 U.S.C. § 1404(a)).

H.   Accordingly, the parties have agreed, and hereby request, that this action be transferred pursuant to 28 U.S.C. § 1404(a) to the Western District of Washington.

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel, to entry of the Proposed Order (lodged concurrently with this stipulation), transferring this action to the Western District of Washington.

IT IS SO STIPULATED.

Dated:  March 21, 2024                                     ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ James. F. Speyer*
James F. Speyer (Bar No. 133114)
E. Alex Beroukhim (Bar No. 220722)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant*
*Pacific Market International, LLC*

Dated: March 21, 2024                RUSHING MCCARL LLP

By: */s/ Ryan McCarl*
John Mayfield Rushing (SBN # 331273)
Ryan McCarl (SBN # 302206)
Davit Avagyan (SBN # 336350)
2219 Main St. No. 144
Santa Monica, CA 90405
Telephone: 310-896-5082
Email: info@rushingmccarl.com

*Attorneys for Plaintiffs*

# **ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

By: */s/ James F. Speyer*
James F. Speyer